UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
United States of America          :
                                  :
                                  :
- against -                       :          CR 05-284 (ARR)
                                  :
                                  :
Andres Tejada                     :
---------------------------------------------------------x


## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE VIKTOR V. POHORELSKY


United States Magistrate Viktor V. Pohorelsky has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Viktor V. Pohorelsky. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Viktor V. Pohorelsky.


_____          _____
Assistant United States Attorney          Defendant   ANDRES TEJADA

                                          _____
                                          Defendant's Attorney  DAVID J. GOLDSTEIN

Dated: May 18 2006
       Brooklyn, New York                 _____
                                          Viktor V. Pohorelsky
                                          United States Magistrate Judge